**FILED**
March 24, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>                    Plaintiff,        )<br>v.                                                       )<br>                                                            )<br>VIRGIL SANTA,                              )<br>                                                            )<br>                    Defendant.    ) | Case No. MAG.08-0093-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARIA SANTA, Case No. MAG. 08-0093-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of: $100,000.00.

        _X_   Unsecured Appearance Bond

        ___   Appearance Bond with Surety

        _X_   (Other) <u>Conditions as stated on the record.</u>

        ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/24/08  at 2:74pm

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge