

**FILED**

MAR 28 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  JOHN BALAZS, Bar No. 157287
   Attorney At Law
2  916 2nd Street, 2nd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  VIRGIL SANTA

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       ) No. 08-CR-0468-KJM-DAD
                                    )
12           Plaintiff,             ) STIPULATION AND ORDER TO
                                    ) CONTINUE DISCOVERY MOTION
13      v.                          ) HEARING
                                    )
14  VIRGIL SANTA, et. al.,          )
                                    ) Date: April 3, 2012
15           Defendants.            ) Time: 2:00 p.m.
                                    ) Hon. Dale A. Drozd
16  _____  )

17
        Defendants Maria Santa, Virgil Santa, Candit Sava, and Fabian Leonte, through
18
    counsel, and the United States, through its counsel, hereby stipulate and request that the
19
    Court continue the hearing on defendant's motion for discovery and preservation of notes
20
    (document 201, filed 2/14/12) from March 28 to **April 3 at 2 p.m.**
21
        The reason for the request is that this morning U.S. District Judge Kimberly J.
22
    Mueller granted defendant Fabian Leonte's request for a new attorney and attorney
23
    Michael Long was substituted in as counsel for Mr. Leonte. The district court also set a
24
    further hearing to discuss Mr. Leonte's severance motion for April 3, 2012. The Court
25
    indicated that it was likely that the April 16 trial date will be vacated at the April 3
26
    hearing. For the reasons, counsel agree that it would be prudent to continue the discovery
27
    motion hearing until April 3, 2012, at 2 p.m.
28

Time is currently excluded under the Speedy Trial Act for the pendency of this discovery motion.

**IT IS SO STIPULATED.**

DATE: March 28, 2012              /s/ John Balazs
                                  JOHN BALAZS

                                  Attorney for Defendant
                                  VIRGIL SANTA

DATE: March 28, 2012              /s/ Krista Hart
                                  KRISTA HART

                                  Attorney For Defendant
                                  MARIA SANTA

DATE: March 28, 2012              /s/ Michael Long
                                  MICHAEL LONG

                                  Attorney for Defendant
                                  FABIAN LEONTE

DATE: March 28, 2012              /s/ Douglas Beevers
                                  DOUGLAS BEEVERS

                                  Attorney For Defendant
                                  CANDIT SAVA

DATE: March 28, 2012              BENJAMIN B. WAGNER
                                  United States Attorney

                           By:    /s/ R. Steven Lapham
                                  R. STEVEN LAPHAM
                                  Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATE: March 28, 2012

HON. DALE A. DROZD
U.S. Magistrate Judge