John Balazs, Bar # 157287
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
Email: John@balazslaw.com

Attorney for Defendant
VIRGIL SANTA

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>             Plaintiff,                         )<br>                                                            )<br>      v.                                              )<br>                                                            )<br> VIRGIL SANTA, et al,                  )<br>                                                            )<br>             Defendant.                    )<br>_____) | Case No: 2:08-CR-0468-KJM<br><br>STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS OF DEFENDANT VIRGIL SANTA |

  Defendant, Virgil Santa, through his counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Matthew Segal, hereby agree and request that the Court modify the conditions of Mr. Santa's pretrial release as set forth below.   U.S. Pretrial Services Officer Taifa Gaskins informed counsel that their office has no objection to this request.

  On March 24, 2008, Mr. Santa made an initial appearance and was released by the court on a $100,000 unsecured bond with pretrial services supervision.  On

March 25, 2008, Mr. Santa surrendered his passport to the Clerk's Office pursuant to his release order.

On November 14, 2012, Mr. Santa's remaining co-defendant, Maria Santa, pled guilty pursuant to a plea agreement which calls for all charges against Virgil Santa to be dismissed at the time of Mrs. Santa's sentencing.  In light of the expected dismissal, the parties agree that continued pretrial services supervision is unnecessary.  As a result, the parties agree that defendant Virgil Santa's conditions of release be modified to read as follows:

1. The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

2. The defendant shall immediately advice the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

4. The defendant shall not obtain a new passport during the pendency of this case.

///

///

///

The $100,000 unsecured bond will remain in place and the Clerk's Office will retain possession of Mr. Santa's passport until further order of the Court.

Dated: December 5, 2012 BENJAMIN B. WAGNER
United States Attorney

By: /s/ MATTHEW SEGAL
MATTHEW SEGAL
Assistant U.S. Attorney

Dated: December 5, 2012 /s/ JOHN BALAZS
JOHN BALAZS
Counsel for defendant Virgil Santa

## **ORDER**

IT IS SO ORDERED.  Defendant Virgil Santa's conditions of release are modified as set forth above.

Dated:  December 5, 2012.

_____
UNITED STATES DISTRICT JUDGE